IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVIN KI SUN KIM and CHUN CHA KIM, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:08-cv-01660 |
| UNITED STATES, et al, | ) ) ) |
| Defendants. | ) ) ) |

**UNITED STATES' OPPOSITION TO PLAINTIFFS'
MOTION FOR LEAVE TO FILE SURREPLY**

On June 17, 2011, Plaintiffs Calvin Ki Sun Kim and Chun Cha Kim filed a motion seeking leave to file a surreply in response to the United States' renewed motion to dismiss the complaint. (Pacer #25.) The United States filed an opposition to the motion on June 22, 2011. (Pacer #26.) On June 30, 2011, Plaintiffs' filed another motion for leave to file a surreply. (Pacer #27.) Plaintiffs' recent motion is identical to their earlier motion that is currently pending *sub judice*. (Compare Pacer #25 with Pacer #27.) Because Plaintiffs' recent motion is identical to their earlier motion, the United States reincorporates and reiterates the arguments contained within its earlier opposition filed at Pacer #26 as if set forth herein.

Dated: July 1, 2011

        John A. Dicicco
        Principal Deputy Assistant Attorney General

        /s/ Benjamin J. Weir
        BENJAMIN J. WEIR (DC Bar # 494045)
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 227
        Washington, DC 20044
        Telephone: (202) 307-0855
        Facsimile: (202) 514-6866
        Benjamin.J.Weir@usdoj.gov
        *Counsel for United States*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2011, I caused a true and correct copy of the foregoing to be served upon the following via postage prepaid U.S. Mail:

        Calvin Ki Sun Kim
        *Pro se plaintiff*
        1314 South King Street
        Suite 520
        Honolulu, HI 96814

        Chun Cha Kim
        *Pro se plaintiff*
        1314 South King Street
        Suite 520
        Honolulu, HI 96814.

        /s/  Benjamin J. Weir
        BENJAMIN J. WEIR

1

3859057.1