UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>        Defendant. | Crim. Action No. 17-232 (EGS) |

### ORDER APPOINTING *AMICUS CURIAE*

Upon consideration of the entire record in this case, it is hereby

**ORDERED** that the Court exercises its inherent authority to appoint The Honorable John Gleeson (Ret.) as *amicus curiae* to present arguments in opposition to the government's Motion to Dismiss, ECF No. 198, *see, e.g.*, *United States v. Fokker Servs. B.V.*, 818 F.3d 733, 740 (D.C. Cir. 2016); *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 136 (D.D.C. 2008); it is further

**ORDERED** that *amicus curiae* shall address whether the Court should issue an Order to Show Cause why Mr. Flynn should not be held in criminal contempt for perjury pursuant to 18 U.S.C. § 401, Federal Rule of Criminal Procedure 42, the Court's inherent authority, and any other applicable statutes, rules, or controlling law.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**May 13, 2020**